Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant
Nevada Property 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE LEWIS, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br>　vs.<br><br>NEVADA PROPERTY 1, LLC, d/b/a The Cosmopolitan of Las Vegas; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-01564-MMD-GWF<br><br>**DEFENDANT'S CITATION CORRECTION** |

The undersigned counsel of record apologizes to the Court and opposing counsel for a miss-cited case appearing on Document 20, page 18 of 35, line 17. The case cited therein is *Lusardi v. Lechner*, 855 F.2d 1062 (3rd Cir. 1988). The correct cite is to *Lusardi v. Xerox Corp.*, 118 F.R.D. 351 (D.N.J. 1987) *mandamus granted in part, appeal dismissed, Lusardi v. Lechner,* 855 F.2d 1062 (3rd Cir. 1988), *vacated in part, modified in part, and remanded, Lusardi v. Xerox*

1  *Corp.*, 122 F.R.D. 463 (D.N.J. 1988) aff'd in part, appeal dismissed, *Lusardi v. Xerox Corp.,* 975
2  F.2d 964 (3rd Cir. 1992).

3  Dated this 17th day of December, 2012.

4
5  JACKSON LEWIS LLP

6  /s/ Elayna J. Youchah
   Elayna J. Youchah, Bar # 5837
7  3800 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89169
8
9  *Attorneys for Defendant*
   *Nevada Property 1, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Jackson Lewis LLP and that on this 17th day of December, 2012, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT'S CITATION CORRECTION,** via the United States Mail, postage prepared, properly addressed to the following:

Mark R. Thierman
Jsaon Kuller
Joshua D. Buck
THIERMAN LAW FIRM, P.C.
7287 Lakeside Drive
Reno, Nevada 8911

*Attorneys for Plaintiff*

                                               /s/ Jennie Lowe
                                               Employee of Jackson Lewis LLP