Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
JACKSON LEWIS LLP
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Nevada Property 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE LEWIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, d/b/a the Cosmopolitan of Las Vegas; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-01564-MMD-GWF<br><br>**DEFENDANT NEVADA PROPERTY 1, LLC'S MOTION TO REINSTATE DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE *COLORADO RIVER* DOCTRINE** |

On December 15, 2012, Defendant Nevada Property 1, LLC ("Defendant") filed a motion pursuant to Federal Rule of Civil Procedure 12(b)(3), accompanied by a memorandum of points and authorities, seeking an order dismissing the instant action in its entirety based upon the *Colorado River* doctrine. *See* Doc. 10. The issue was fully briefed, as Plaintiff filed an Opposition on October 29, 2012 (Doc. 16), and Defendant filed a Reply on November 19, 2012 (Doc. 19).

On January 29, 2013, the Court issued an Order granting a stipulation to stay all proceedings in this case through May 3, 2013 to provide the parties with an opportunity to attempt resolution of this matter through meaningful global settlement discussions (Doc. 32). As a result, on January 31, 2013 this Court issued an Order denying Defendant's Motion to Dismiss without prejudice for Defendant to move to reinstate the Motion when the stay is lifted (Doc. 33). The parties thereafter stipulated to extending the stay through July 12, 2013 to continue trying to resolve this matter, which was granted by Order of this Court on April 15, 2013 (Doc. 35).

1

The stay has since been lifted, as the parties have been unable to reach resolution of the claims. Accordingly, Defendant hereby moves this Court to reinstate Defendant's previously pending Motion to Dismiss made pursuant to Fed. R. Civ. P. 12(b)(3) and based upon the *Colorado River* doctrine, its Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and any argument that the Court deems proper.

Dated this 7th day of August, 2013.

JACKSON LEWIS LLP

/s/ Elayna J. Youchah
Elayna J. Youchah, Bar #5837
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nevada Property 1, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee Jackson Lewis LLP and that on this 7th day of August, 2013, I caused to be sent via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing **DEFENDANT NEVADA PROPERTY 1, LLC'S MOTION TO REINSTATE DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE *COLORADO RIVER* DOCTRINE,** properly addressed to the following:

Mark R. Thierman
Joshua Buck
Jason Kuller
Thierman Law Firm, P.C.
7287 Lakeside Drive
Reno, Nevada 89511

*Attorneys for Plaintiff*

                                                  /s/ Emily Santiago
                                        Employee of Jackson Lewis LLP