Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Peter D. Navarro, Bar No. 10168
peter.navarro@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Nevada Property 1 LLC*

Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARLENE LEWIS, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

NEVADA PROPERTY 1 LLC, d/b/a The Cosmopolitan of Las Vegas; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:12-cv-01564-RFB-GWF

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Judge Richard F. Boulware, II, presiding, on August 7, 2015. This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the settlement based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and

Defendant ("Stipulation of Settlement") filed herewith. The settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed settlement, attorneys' fees to Class Counsel, and the Class Representative and Class Deponent Enhancement Awards should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the schedule set forth below.

4. This Court approves, as to form and content: (i) the Notices of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Court Approval for opt-in and non-opt-in Class Members ("Notices of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibits D and F; (ii) the Claim and Consent Form, in substantially the form attached thereto as Exhibit A; and (iii) the Exclusion Form, in substantially the form attached thereto as Exhibit G. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the settlement as set forth in the Notices of Pendency of Class Action.

5. This Court directs the mailing of the Notices of Pendency of Class Action, Claim and Consent Form, and the Exclusion Form by first class mail to the Class Members in accordance with Stipulation of Settlement and the schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notices of Pendency of Class Action, Claim and Consent For, and the Exclusion Form, as set forth in the schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class (as defined in the Stipulation of Settlement) is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Darlene Lewis as Class Representative and Thierman Buck, LLP as Class Counsel.

8. This Court confirms Class Action Administration, Inc. as CPT Group.

9. To facilitate administration of the settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits or administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner and the U.S. Department of Labor) regarding claims released by the settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator and the time for filing exclusions with the Claims Administrator has elapsed.

10. This Court orders the following **schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | **August 27, 2015** [15 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notices of Pendency of Class Action, Claim and Consent Form, and Exclusion Form to Class Members | **September 1, 2015** [20 calendar days after Order granting Preliminary Approval] |
| c. | Deadline for Claims Administrator to Mail Reminder Postcard | **October 6, 2015** [35 calendar days after mailing of the Notice, Exclusion Form, and Claims and Consent Forms to Class Members] |
| d. | Deadline for Class Members to Postmark Exclusion Forms and Claim and Consent Forms | **November 15, 2015** [75 calendar days after mailing of the Notice, Exclusion Form, and Claims and Consent Forms to Class Members] |
| e. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | **November 15, 2015** [75 calendar days after mailing of the Notice and Exclusion Form to Class Members] |
| f. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | **November 20, 2015** [15 calendar days before Final Approval Hearing] |

| | | |
|---|---|---|
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | **November 20, 2015** [15 calendar days before Final Approval Hearing] |
| h. | Final Fairness Hearing and Final Approval | **December 4, 2015** |
| i. | Deadline for Defendant to deposit the Net Settlement Amount into an escrow account set up by the Claims Administrator | **December 9, 2015** 5 days after the Final Fairness and Final Approval hearing |
| j. | Deadline for Claims Administrator to mail the Settlement Awards and the Enhancement Awards, and to wire transfer the Attorneys' Fees and Costs (if Settlement is Effective) | **December 25, 2015** [21 calendar days after Effective Date] |
| k. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective) | **March 3, 2016** [90 calendar days after Effective Date] |

**IT IS SO ORDERED.**

**DATED**: August 12, 2015

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

4828-1123-8181, v. 1