Elayna J. Youchah, Bar No. 5837
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461
youchahe@jacksonlewis.com

*Attorneys for Defendant*
*Nevada Property 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE LEWIS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> NEVADA PROPERTY 1, LLC, d/b/a The Cosmopolitan of Las Vegas; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.:  2:12-cv-01564-RFB-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 15th day of February, 2017.

THIERMAN BUCK, LLC                    JACKSON LEWIS P.C.

_____/s/ Joshua D. Buck_____        _____/s/ Elayna J. Youchah_____
Mark R. Thierman, Bar No. 8285        Elayna J. Youchah, Bar No. 5837
Joshua D. Buck, Bar No.12187          3800 Howard Hughes Parkway, Suite 600
7287 Lakeside Drive                   Las Vegas, Nevada 89169
Reno, Nevada 89511

*Attorneys for Plaintiff*              *Attorneys for Defendant*
*Darlene Lewis*                        *Nevada Property 1, LLC*

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

Date:_ February 16, 2017._____